IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

Jeannie Carol Brinson
200 Lee Rd 30
Opelika Al   36801

)
)
)
)
)

**Plaintiff(s),**

)
)

v.

)
)

Social Security Administration
1800 Corporate Dr.
Opelika al 36801

)
)
)
)

**Defendant(s).**

)
)

RECEIVED

2007 AUG 27  A  9: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO.

3: 07-cv-765-MEF

## COMPLAINT

1.  Plaintiff(s)' address and telephone number: Jeannie Brinson
200 Lee Rd 30, Opelika Al 36801
334-741-4163 (OR) 334-855-9951 (OR) 334 855 1138

2.  Name and address of defendant(s): Social Security Administration
1800 Corporate Dr. Opelika Al
36801

3.  Place of alleged violation of civil rights: Opelika Alabama
Social Security Administration (1800 Corporate Dr
Opelika Al  36801

4.  Date of alleged violation of civil rights: 2002 thru 2007 + still
pending.

5.  State the facts on which you base your allegation that your constitutional rights have been
violated: I have submitted many documents
in my behalf to prove for a fact that I
did not flee any jurisdiction to be
prosecuted. I tried on several occasions
to turn myself in. If you would review
all my documents you will see that I
did not flee. Please look at documents
Thank you. Jeannie Brinson

1

6.    - Relief requested: I would like to appear in front of a judge to prove that I was falsely accused. Please it is my constitutional Rights to be heard. (Please.) Thank you

Date: 8/20/07

Plaintiff(s) Signature

2

# Attachment

*1 of 1*

UNITED STATES DISTRICT COURT

RECEIVED

_____ District of _____    RECEIVED

2005 AUG -9 A ⊤ 34

Defendant            DEBRA P. HACKETT CLK    APPLICATION TO PROCEED
                     U.S DISTRICT COURT      WITHOUT PAYMENT OF
    V.               MIDDLE DISTRICT ALA     FEES AND AFFIDAVIT

2003 AUG 26 A 9: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff                                    case number

Defendant

1. I Jeannie Brinson # 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 did not flee from a felony warrant. I Jeannie Brinson will attempt to prove to you in my behalf that I did not flee.

2. I moved to Opelika in 1996, I had no knowledge that a warrant even existed in Pontiac Michigan until my social security benefits and Medicaid got cut off in 2002 in Opelika Alabama.

3. I called Pontiac Michigan to resolve this matter by asking who was in charge of the warrant. I was informed Sgt Cosby was handling the case. I talk to Sgt Cosby on the phone and was informed by Sgt Cosby that the case was not worth to come and get me. I Jeannie Brinson explained to Sgt Cosby that the warrant in the computer had stopped all my resources of getting any money.

4. My social security was cut off and my Medicaid. Sgt Cosby informed me that he would do every thing in his power to try and help me, no respond.

5. I went to legal Aid to talk to a lawyer. The lawyer advised me to write out a legal form stating I Jeannie Brinson want to turn herself into Pontiac Police Department on the felony warrant. Which would result in Pontiac Michigan to come and get me within ninety days from that date. Pontiac Michigan still did not respond.

6. I went to lawyers after lawyers only to find out they couldn't practice in Pontiac MICHIGAN, the lawyers is not allowed to practice outside of Opelika Alabama.

7. My only way of living was section 8, they paid my rent and gave me a utility check, for 37.00 dollars.

8. Then I meet a man name John L. Jones and he let me borrow the 1,000 dollars to obtain a real lawyer in Pontiac Michigan. You can contact Mr. Jones at 334-749-2349 or 334-319-6023 or 334-749-6333. I called Ambrose and Ambrose a lawyer that once represented me before, in Pontiac Michigan. After Ambrose and Ambrose did some legal

To The United States Government

I Jeannie Carol Brinson # 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 did not flee from a felony warrant.
I Jeannie Brinson will attempt to prove to you in my behalf that I did not flee.

I moved to Opelika AL in 1996, I had no knowledge that a warrant even existed in
Pontiac Michigan until my social security benefits and Medicaid got cut off in 2002 in
Opelika, Alabama.

I called Pontiac Michigan to resolve this matter by asking who was in charge of the
warrant. I was informed Sgt Cosby was handling the case. I talk to Sgt Cosby on the
phone and was informed by Sgt Cosby that the case was not worth to come and get me. I
Jeannie Brinson explained to Sgt Cosby that the warrant in the computer had stop
All my resources of getting my social security and cut off my Medicaid. Sgt Cosby
Informed me that he was going to do every thing in his power to try and help me.
No response.

I went to legal Aid to talk to a lawyer. The lawyer advised me to write out a legal
statement and she will sign so they would only have ninety days to come and get me,
Pontiac, Michigan. Still didn't respond, I went to lawyers down here only to find out that
they couldn't practice law out of the state of Alabama. My only way of living was threw
section 8 they paid my rent and I received a 37 dollar utility check. Then I meet a man
named John Lewis Jones, Sr. and he let me borrow the money to obtain a lawyer in
Pontiac, Michigan which was $1000 dollars. You can contact him at (334) 749-2349 or
(334) 319-6023 or (33) 749-6333 at work. I called Ambrose and Ambrose a lawyer I
knew to represent me in Pontiac Michigan. After Ambrose and Ambrose did some legal
work in my behalf I was informed I must turn myself in to Pontiac Michigan police
department, so the warrant could be served against me. My lawyer was there when I turn
myself in. I was fingerprinted, processed in and then taking to the 50 District Court to be
seen by your Honorable Judge Claudia L Gartin. Your Honor set bail for a #10,000,00
personal Bond  The second time I went to court  I  *informed the courts I didn't have any
more money for my hired attorney so the court gave me a appointed, Attorney at LAW
Marsha M. Kosmatko who got my case dismissed.*

*Thank you for your attention to this request.*

*Sincerely,*


Jeannie Carol Brinson