IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEANNIE CAROL BRINSON, )<br>)<br>     Plaintiff, )<br>v.  ) <br>)<br>SOCIAL SECURITY ADMINISTRATION,)<br>)<br>     Defendant. ) | CASE NO. 3:07-cv-765-MEF |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Wallace Capel, Jr. for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 29th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE