IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNIE CAROL BRINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-765-MEF |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On August 27, 2007, Plaintiff Jeannie Brinson ("Brinson"), filed a complaint against the Social Security Administration ("Defendant"). The Court notes Brinson has not paid the appropriate filing fee nor did she submit an application to proceed *in forma pauperis*. Accordingly, it is hereby **ORDERED** that on or before **September 21, 2007**, Brinson shall file either (1) an application to proceed *in forma pauperis* or (2) pay the appropriate filing fee.

The Clerk is **DIRECTED** to mail with this Order an application and affidavit to proceed in *forma pauperis*.

The Court also notes, at present, Brinson's complaint suffers from fatal defects. It is unclear as to the factual and legal basis for her claims against the Defendant. She fails to state with specificity the wrongful acts committed by Defendant. Thus, it is further

**ORDERED** that Brinson shall also file an Amended Complaint which states the wrongful act committed by each defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Brinson as a result of each act of wrongdoing. The "injury" or "damage" should be stated in terms of the consequences to Brinson and the cost or value of the damage. The Amended Complaint shall be filed on or before **September 21, 2007**.

DONE this 29th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE