IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNIE CAROL BRINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-765-MEF |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

On August 29, 2007, this Court ordered (Doc. #3) that Plaintiff Jeannie Brinson ("Brinson"), on or before September 21, 2007, file either (1) an application to proceed *in forma pauperis* or (2) pay the appropriate filing fee. Further, the Court ordered that because Brinson's complaint suffered from fatal defects, she was to file an Amended Complaint on or before September 21, 2007, which stated the wrongful act committed by each defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Brinson as a result of each act of wrongdoing. Brinson has not complied with any of the provisions of the Court's order. Accordingly, it is hereby

ORDERED that on or before **October 3, 2007**, Brinson shall file either (1) an application to proceed *in forma pauperis* or (2) pay the appropriate filing fee. It is further

ORDERED that on or before **October 3, 2007**, Brinson shall file an Amended Complaint in accordance with the provisions of this Court's order (Doc. #3) dated August 29, 2007.

The Court notes that it has already given Plaintiff the opportunity to address her failure to pay the filing fee or file a motion to proceed *in forma pauperis* and correct the fatal defects contained in her Complaint, and hereby advises Plaintiff that her failure to comply with this order may lead the undersigned to recommend to the district judge that the Complaint be dismissed because Plaintiff abandoned her claim(s).

DONE this 26th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE