IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNIE CAROL BRINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-765-MEF |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On August 27, 2007, Plaintiff Jeannie Carol Brinson (Brinson) filed suit in this court seeking reinstatement of her Social Security benefits. (Doc. # 1) On August 29, 2007, this Court ordered (Doc. #3) that Brinson, on or before September 21, 2007, file either (1) an application to proceed *in forma pauperis* or (2) pay the appropriate filing fee. Further, the Court ordered that because Brinson's complaint suffered from fatal defects, she was to file an Amended Complaint on or before September 21, 2007, which stated the wrongful act committed by each defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Brinson as a result of each act of wrongdoing. Brinson did not comply with the Court's Order (Doc. #3). On September 26, 2007, this Court again ordered (Doc. #4) that on or before October 3, 2007, Brinson shall file either (1) an application to

proceed *in forma pauperis* or (2) pay the appropriate filing fee. It was further ordered that on or before October 3, 2007, Brinson was to file an Amended Complaint in accordance with the provisions of the Court's Order (Doc. #3) of August 29, 2007. Brinson has not complied with any of this Court's orders.

Brinson was warned that "failure to pay the filing fee or file a motion to proceed *in forma pauperis* and correct the fatal defects contained in her Complaint . . . may lead the undersigned to recommend to the district judge that the Complaint be dismissed because Plaintiff abandoned her claim(s)." (Doc. #4)

Accordingly, it is the RECOMMENDATION of the Court that Plaintiff's claims be DISMISSED with prejudice for Plaintiff's failure to comply with the orders of the court and failure to prosecute this action.

It is further

ORDERED that on or before October 23, 2007, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by

the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 10th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE